IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 SEP 21 PM 2:06

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**CHANCE DOUGLASS ZABRISKIE**,<br><br>Defendant. | No. 22-CR-118-S<br><br>18 U.S.C. §§ 922(g)(1), (g)(3) and 924(a)(2)<br>(Felon and Unlawful User of a Controlled Substance in Possession of a Firearm)<br><br>** FORFEITURE NOTICE ** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about May 29, 2022, in the District of Wyoming, the Defendant, **CHANCE DOUGLASS ZABRISKIE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed a firearm and ammunition, namely a Hi-Point 995TS 9mm rifle, S/N F203959, and 20 rounds of 9mm ammunition in a high-capacity magazine, which firearm and ammunition were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1), (g)(3) and 924(a)(2).

### FORFEITURE NOTICE

1. The allegations contained in the sole of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense set forth in this Indictment, the Defendant shall forfeit to the United States, any firearm and ammunition involved in the commission of the offense, including but not limited to:

    a. Hi-Point 995TS 9mm rifle, S/N F203959

    b. 20 rounds of 9mm ammunition

    c. Red Ball 9mm 20-Round Extended Magazine

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

    /s/ Ink Signature on File in Clerk's Office
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

# PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | CHANCE DOUGLASS ZABRISKIE |
| **DATE:** | September 20, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 922(g)(1), (g)(3) and 924(a)(2)** (Felon and Unlawful User of a Controlled Substance in Possession of a Firearm)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | David Tubbs, ATF |
| **AUSA:** | Z. Seth Griswold, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 3 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |